# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**STANTIN E. SILAS,**

    **Petitioner,**

    **vs-**             **No. 04-CV-767 DRH**
                                **Criminal No. 02-30071-01 DRH**

**UNITED STATES OF AMERICA,**

    **Respondent.**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This action came before the Court for a ruling on the petitioner's motion to vacate, set aside, or correct the sentence pursuant to **28 U.S.C. §2255.**

    **IT IS ORDERED AND ADJUDGED** that the motion is **DENIED** and this case is **DISMISSED with prejudice**.

                                                                 **NORBERT G. JAWORSKI, CLERK**

June 26, 2006                                             BY:  s/Patricia Brown
                                                                                 Deputy Clerk

APPROVED:/s/   David RHerndon
            **U.S. DISTRICT JUDGE**